# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130800

VINCENT DiLORENZO and ANGELA
TINERVIA,
      Plaintiffs-Appellants,

v

STEVEN M. KIRKPATRICK, GARY VETTER,
J. GRANT SMITH, BRUCE CARLETON, and
PLANTE & MORAN, P.L.L.C.,
      Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130800
COA: 261748
Macomb CC: 2004-005294-CZ

On order of the Court, the application for leave to appeal the February 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006             _____
                                             Clerk

t0619